AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

MIDDLE DISTRICT OF PENNSYLVANIA

YUDAYA NANYONGA,
  Plaintiff

V.

Immigration & Naturalization Service,
Doris Meissner, Individually and in her official
capacity, County of York, York County Prison,
Thomas Hogan, individually and in his official
capacity as York County Prison Warden, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   1:00-CV-1034
               Judge Rambo
               Mag. Judge Smyser.
               Caldwell/Dims

FILED
HARRISBURG, PA

AUG 9 2000

MARY E. D'ANDREA, CLERK
Per _____
         Deputy Clerk

TO: (Name and address of defendant)

(SEE COMPLT.)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Weber and Weber
875 Claire Lane
York, pa. 17402

,an answer to the complaint which is herewith served upon you, within (20) Twenty Days (Regular Defts.) / (60) Sixty (Fed. Defts.) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Mary E. D'Andrea
CLERK

June 8, 2000
DATE

_/s/ George T. Gardner_
(BY) DEPUTY CLERK  George T. Gardner

FILED
HARRISBURG, PA

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

AUG 9 2000

RETURN OF SERVICE OF PROCESS

MARY E. D'ANDREA, CLERK
Per _____
                    Deputy Clerk

PLAINTIFF Yudaya Nanyonga              COURT CASE NUMBER 1:00-CV-1034
DEFENDANT Immigration and Naturalization    TYPE OF PROCESS Cerrified Mail/RRR
          Service, et als.
SERVE        David S. Craun, Esq., York County Solicitor
       (Name individual, company; corporation, etc. to be served)

AT  109 South Pershing Avenue, York, Pa.
            (Show Address)

SPECIAL INSTRUCTIONS OR OTHER INFORMATION REGARDING SERVICE _____

_____

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT:

_____ I have personally served individual, company or corporation above.
__X__ I have made service by mail as authorized by state law to the individual, company or corporation above. Appropriate state law authorizing this type of service is
Certified Mail/RRR-NJ . If certified mail was authorized, attach green cards to this form.
_____ I have legal evidence of service, described under Remarks and attached hereto. (Domiciliary service, Substituted service.)
_____ I am unable to serve the process. (See Remarks)

NAME OF PERSON SERVED: _____
TITLE (IF ANY) OF PERSON SERVED: _____
ADDRESS WHERE SERVED: _____

DATE AND TIME OF PERSONAL SERVICE: _____
REMARKS: _____

_____          _____
      Date                    Signature of Process Server

RETURN THE ORIGINAL OF THIS FORM WITH THE ORIGINAL SUMMONS FORM TO:
    OFFICE OF THE CLERK OF COURT, U.S. DISTRICT COURT
    (Clerk's address in which the assigned judge is located. Refer to the
    Notice of Judicial Assignment form.)

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA

AUG 9 2000

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

RETURN OF SERVICE OF PROCESS

PLAINTIFF  Yudaya Nanyonga            COURT CASE NUMBER 1:00-CV-1034
DEFENDANT  Immigration & Naturalization    TYPE OF PROCESS  Certified Mail/RRR
           Service, et als.
SERVE  The Honorable Doris Meissner, Commissioner, INS
       (Name individual, company; corporation, etc. to be served)

AT     425 "I" Street, Washington, D.C.
       (Show Address)

SPECIAL INSTRUCTIONS OR OTHER INFORMATION REGARDING SERVICE _____

_____

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT:

____ I have personally served individual, company or corporation above.
_X__ I have made service by mail as authorized by state law to the individual, company or corporation above. Appropriate state law authorizing this type of service is  Certified Mail/RRR-NJ . If certified mail was authorized, attach green cards to this form.
____ I have legal evidence of service, described under Remarks and attached hereto. (Domiciliary service, Substituted service.)
____ I am unable to serve the process. (See Remarks)

NAME OF PERSON SERVED: _____
TITLE (IF ANY) OF PERSON SERVED: _____
ADDRESS WHERE SERVED: _____

DATE AND TIME OF PERSONAL SERVICE: _____
REMARKS: _____

_____            _____
     Date                Signature of Process Server

RETURN THE ORIGINAL OF THIS FORM WITH THE ORIGINAL SUMMONS FORM TO:
    OFFICE OF THE CLERK OF COURT, U.S. DISTRICT COURT
    (Clerk's address in which the assigned judge is located. Refer to the
    Notice of Judicial Assignment form.)

FILED
HARRISBURG, PA

AUG 9 2000

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RETURN OF SERVICE OF PROCESS

PLAINTIFF __Yudaya Nanyonga__ COURT CASE NUMBER 1:00-CV-1034
DEFENDANT Immigration & Naturalization TYPE OF PROCESS Certified Mail-RRR
          Service, et als.
SERVE __The Honorable Janet Reno, United States Attorney General__
       (Name individual, company; corporation, etc. to be served)

AT __511 Main Justice Blvd. 10th & Constitution Avenues, Washington, D.C.__
      (Show Address)

SPECIAL INSTRUCTIONS OR OTHER INFORMATION REGARDING SERVICE _____.
_____

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT:

____ I have personally served individual, company or corporation above.
_X__ I have made service by mail as authorized by state law to the individual, company or corporation above. Appropriate state law authorizing this type of service is __Certified Mail/RRR-NJ__. If certified mail was authorized, attach green cards to this form.
____ I have legal evidence of service, described under Remarks and attached hereto. (Domiciliary service, Substituted service.)
____ I am unable to serve the process. (See Remarks)

NAME OF PERSON SERVED: _____
TITLE (IF ANY) OF PERSON SERVED: _____
ADDRESS WHERE SERVED: _____
_____
DATE AND TIME OF PERSONAL SERVICE: _____
REMARKS: _____
_____

_____        _____
    Date                 Signature of Process Server

RETURN THE ORIGINAL OF THIS FORM WITH THE ORIGINAL SUMMONS FORM TO:
     OFFICE OF THE CLERK OF COURT, U.S. DISTRICT COURT
     (Clerk's address in which the assigned judge is located. Refer to the Notice of Judicial Assignment form.)

FILED
HARRISBURG, PA

AUG 9 2000

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RETURN OF SERVICE OF PROCESS

PLAINTIFF __Yudaya Nanyonga__  COURT CASE NUMBER __1:00-CV-1034__
DEFENDANT __Immigration Naturalization__ TYPE OF PROCESS __Certified Mail/ RRR__
          __Service, et als.__

SERVE ___United States Attorneys Office_____
       (Name individual, company; corporation, etc. to be served)

AT __228 Walnut Street, Suite 220, Harrisburg, Pa._____
       (Show Address)

SPECIAL INSTRUCTIONS OR OTHER INFORMATION REGARDING SERVICE _____.
_____

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT:

____ I have personally served individual, company or corporation above.

__X__ I have made service by mail as authorized by state law to the individual, company or corporation above. Appropriate state law authorizing this type of service is __Cert. Mail/RRR-NJ__. If certified mail was authorized, attach green cards to this form.

____ I have legal evidence of service, described under Remarks and attached hereto. (Domiciliary service, Substituted service.)

____ I am unable to serve the process. (See Remarks)

NAME OF PERSON SERVED: _____
TITLE (IF ANY) OF PERSON SERVED: _____
ADDRESS WHERE SERVED: _____
_____
DATE AND TIME OF PERSONAL SERVICE: _____
REMARKS: _____
_____

_____            _____
      Date                   Signature of Process Server

RETURN THE ORIGINAL OF THIS FORM WITH THE ORIGINAL SUMMONS FORM TO:
       OFFICE OF THE CLERK OF COURT, U.S. DISTRICT COURT
       (Clerk's address in which the assigned judge is located. Refer to the
       Notice of Judicial Assignment form.)

FILED
HARRISBURG, PA

AUG 9 2000

MARY E. D'ANDREA, CLERK
Per ▬▬▬▬▬▬ Deputy Clerk

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

### RETURN OF SERVICE OF PROCESS

PLAINTIFF __Yudaya Nanyonga__  COURT CASE NUMBER __1:00-CV-1034__
DEFENDANT __Immigration Naturalization__ TYPE OF PROCESS __Certified Mail/RRR__
   __Service, et als.__
SERVE __York County Prison c/o Thomas Hogan Warden__
   (Name individual, company, corporation, etc. to be served)

AT __3400 Concord Road, York, Pa.__
   (Show Address)

SPECIAL INSTRUCTIONS OR OTHER INFORMATION REGARDING SERVICE _____

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT:

____ I have personally served individual, company or corporation above.

__X__ I have made service by mail as authorized by state law to the individual, company or corporation above. Appropriate state law authorizing this type of service is __Certified Mail/RRR-NJ__. If certified mail was authorized, attach green cards to this form.

____ I have legal evidence of service, described under Remarks and attached hereto. (Domiciliary service, Substituted service.)

____ I am unable to serve the process. (See Remarks)

NAME OF PERSON SERVED: _____
TITLE (IF ANY) OF PERSON SERVED: _____
ADDRESS WHERE SERVED: _____

DATE AND TIME OF PERSONAL SERVICE: _____
REMARKS: _____

_____    _____
Date                Signature of Process Server

RETURN THE ORIGINAL OF THIS FORM WITH THE ORIGINAL SUMMONS FORM TO:
   OFFICE OF THE CLERK OF COURT, U.S. DISTRICT COURT
   (Clerk's address in which the assigned judge is located. Refer to the
   Notice of Judicial Assignment form.)

**FILED**
HARRISBURG, PA

AUG 9 2000

MARY E. D'ANDREA, CLERK
Per _____
         Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RETURN OF SERVICE OF PROCESS

PLAINTIFF  Yudaya Nanyonga           COURT CASE NUMBER  1:00-CV-1034
DEFENDANT  INS, et als.              TYPE OF PROCESS  Certified Mail/RRR

SERVE ___Thomas Hogan, Warden_____
      (Name individual, company; corporation, etc. to be served)

AT  York County Prison, 3400 Concord Road, York, Pa._____
         (Show Address)

SPECIAL INSTRUCTIONS OR OTHER INFORMATION REGARDING SERVICE _____.
_____

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT:

____ I have personally served individual, company or corporation above.
_X__ I have made service by mail as authorized by state law to the individual, company or corporation above. Appropriate state law authorizing this type of service is Cert. Mail/RRR - NJ_____. If certified mail was authorized, attach green cards to this form.
____ I have legal evidence of service, described under Remarks and attached hereto. (Domiciliary service, Substituted service.)
____ I am unable to serve the process. (See Remarks)

NAME OF PERSON SERVED: _____
TITLE (IF ANY) OF PERSON SERVED: _____
ADDRESS WHERE SERVED: _____

DATE AND TIME OF PERSONAL SERVICE: _____
REMARKS: _____

_____               _____
     Date                       Signature of Process Server

RETURN THE ORIGINAL OF THIS FORM WITH THE ORIGINAL SUMMONS FORM TO:
        OFFICE OF THE CLERK OF COURT, U.S. DISTRICT COURT
        (Clerk's address in which the assigned judge is located. Refer to the
        Notice of Judicial Assignment form.)

FILED
HARRISBURG, PA

AUG 9 2000

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**RETURN OF SERVICE OF PROCESS**

PLAINTIFF __Yudaya Nanyonga__   COURT CASE NUMBER __1:00-CV-1034__
DEFENDANT __INS, et als.__   TYPE OF PROCESS __Certified Mail/RRR__

SERVE ___Christopher Reilly___
       (Name individual, company; corporation, etc. to be served)

AT __York County Commissioner, 1 West Marketway, 4th Floor, York, Pa.__
       (Show Address)

SPECIAL INSTRUCTIONS OR OTHER INFORMATION REGARDING SERVICE _____

_____

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT:

_____ I have personally served individual, company or corporation above.

__X__ I have made service by mail as authorized by state law to the individual, company or corporation above. Appropriate state law authorizing this type of service is __Cert. Mail./RRR-NJ__ . If certified mail was authorized, attach green cards to this form.

_____ I have legal evidence of service, described under Remarks and attached hereto. (Domiciliary service, Substituted service.)

_____ I am unable to serve the process. (See Remarks)

NAME OF PERSON SERVED: _____
TITLE (IF ANY) OF PERSON SERVED: _____
ADDRESS WHERE SERVED: _____

DATE AND TIME OF PERSONAL SERVICE: _____
REMARKS: _____

_____   _____
     Date            Signature of Process Server

RETURN THE ORIGINAL OF THIS FORM WITH THE ORIGINAL SUMMONS FORM TO:
   OFFICE OF THE CLERK OF COURT, U.S. DISTRICT COURT
   (Clerk's address in which the assigned judge is located. Refer to the Notice of Judicial Assignment form.)

**FILED**
**HARRISBURG, PA**
**AUG 9 2000**
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

### RETURN OF SERVICE OF PROCESS

PLAINTIFF ___YUDAYA NANYONGA___   COURT CASE NUMBER 1:00-CV-1034
DEFENDANT  INS. MEISSNER, COUNTY OF YORK   TYPE OF PROCESS Certified Mail
           ET ALS.
SERVE ___York County___
        (Name individual, company; corporation, etc. to be served)

AT  Commissioners Office, 1 West marketway, 4th Floor, York, Pa.
        (Show Address)

SPECIAL INSTRUCTIONS OR OTHER INFORMATION REGARDING SERVICE _____.
_____

### CERTIFICATE OF SERVICE
I HEREBY CERTIFY THAT:

_____ I have personally served individual, company or corporation above.

__X__ I have made service by mail as authorized by state law to the individual, company or corporation above. Appropriate state law authorizing this type of service is
 Cert. Mail/RRR -NJ   . If certified mail was authorized, attach green cards to this form.

_____ I have legal evidence of service, described under Remarks and attached hereto.
      (Domiciliary service, Substituted service.)

_____ I am unable to serve the process. (See Remarks)

NAME OF PERSON SERVED: _____
TITLE (IF ANY) OF PERSON SERVED: _____
ADDRESS WHERE SERVED: _____

DATE AND TIME OF PERSONAL SERVICE: _____
REMARKS: _____

_____             _____
Date                         Signature of Process Server

RETURN THE ORIGINAL OF THIS FORM WITH THE ORIGINAL SUMMONS FORM TO:
        OFFICE OF THE CLERK OF COURT, U.S. DISTRICT COURT
        (Clerk's address in which the assigned judge is located. Refer to the
         Notice of Judicial Assignment form.)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Christopher Reilly
York County Commissioner
1 West Marketway, 4th Fl.
York, Pa.   17401

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): D. KOHLER
B. Date of Delivery: 6/19/00
C. Signature: X D. Kohler
☐ Agent
☐ Addressee
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

Article Number (Copy from service label)
Z 538 827 266

Form 3811, July 1999     Domestic Return Receipt     102595-99-M-1

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

York County
Commissioners Office
1 West Marketway, 4th Fl.
York, Pa.   17401

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): D. KOHLER
B. Date of Delivery: 6/19/00
C. Signature: X D. Kohler
☐ Agent
☐ Addressee
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)
Z 538 827 264

PS Form 3811, July 1999     Domestic Return Receipt     102595-99-M-

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   United States Attorney's Office
   228 Walnut Street, Suite 220
   Harrisburg, Pa.  17108

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)  B. Date of Delivery
   JUN 20 2000

C. Signature
   X  J. Boulton    ☐ Agent
                    ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Copy from service label)
   Z 538 827 269

PS Form 3811, July 1999    Domestic Return Receipt    Nanyonga    102595-99-M-17

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   York County Prison
   Thomas Hogan, Warden
   3400 Concord Road
   York, Pa.   17402

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)  B. Date of Delivery
                                         6-19-00

C. Signature
   X                ☐ Agent
                    ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Copy from service label)
   Z 538 827 268

PS Form 3811, July 1999    Domestic Return Receipt    Nanyonga    102595-99-M-178

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Thomas Hogan, Warden
   York County Prison
   3400 Concord Road
   York, Pa.   17402

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)  B. Date of Delivery
                                         6-19-00

C. Signature
   X                ☐ Agent
                    ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Copy from service label)
   Z 538 827 267

PS Form 3811, July 1999    Domestic Return Receipt    102595-99-M-1789

*[Page contains two USPS PS Form 3811 Domestic Return Receipt cards, shown rotated.]*

**Return Receipt 1 (upper, inverted):**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

David S. Craun, Esq.
York County Solicitor
109 South Pershing Avenue
York, Pa.  17401

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly): [illegible]  
B. Date of Delivery: 6/14/00  
C. Signature: X [signature]  ☐ Agent  ☑ Addressee  
D. Is delivery address different from item 1? ☑ Yes  ☐ No

Postmark: YORK, PA 17405 JUN 21 2000

3. Service Type: ☑ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

102595-99-M-1789

---

**Return Receipt 2 (middle):**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The Honorable Doris Meissner
Commissioner, INS
425 I Street
Washington, D.C.  20536

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly): [illegible]  
B. Date of Delivery: 6-20-00  
C. Signature: X M. Greene  ☐ Agent  ☐ Addressee  
D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type: ☐ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Copy from service label): Z 538 827 265

PS Form 3811, July 1999    Domestic Return Receipt    102595-99-M-1789

hanyong9

---

**Return Receipt 3 (lower, inverted):**

hanyong9

2. Article Number (Copy from service label): Z 538 827 263

PS Form 3811, July 1999    Domestic Return Receipt    102595-99-M-1789

1. Article Addressed to:

The Honorable Janet Reno
United States Attorney General
[Main] Justice Building
[10]th & Constitution Avenues
[Wa]shington, D.C.  20530

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly): [illegible]  
B. Date of Delivery: JUN 20 2000  
C. Signature: X [signature]  ☐ Agent  ☐ Addressee  
D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type: ☐ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes