Law Clerk's Copy

Copy 3

DMB:JJT:mep

FILED
HARRISBURG, PA

AUG 14 2000

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

MARY E. D'ANDREA, CLERK
Per _____ Deputy

YUDAYA NANYONGA,
    Plaintiff

v.

DORIS MEISSNER et al.,
    Defendants

Civil No. 1:00:CV-1034
(Judge ~~Rambo~~) Caldwell

PRSLC Delsario

### DEFENDANT INS COMMISSIONER DORIS MEISSNER'S MOTION FOR ENLARGEMENT OF TIME

Defendant INS Commissioner Doris Meissner, by and through her counsel, hereby requests a brief extension of time to September 14, 2000, to respond to the complaint and states the following in support thereof:

1) Plaintiff, Yudaya Nanyonga, was an alien detainee being held at the York County Prison, York, Pennsylvania. Presently, Nanyonga resides at 586 Purce Street, Hillside Township, New Jersey.

2) Nanyonga has sued various INS and York County Prison officials.

3) Defendant Meissner response would be due on or about August 14, 2000.

4) Immigration and Naturalization Service (INS), is gathering information in order that a response to the complaint can be made. However, the INS was unable to conclude its investigation into the allegations of the complaint. Therefore, agency counsel

is unable to provide the undersigned counsel with a litigation report prior to the expiration of the sixty-day period of time set in the Summons. Without agency counsel's assistance in providing the facts of the case and supporting documentation, undersigned counsel is unable to prepare an appropriate response.

6) Accordingly, in order to file an appropriate response, Defendant Meissner requests this Court to grant her a thirty day extension of time.

7) Counsel states due to the nature of Nanyonga's allegations, Nanyonga will not be prejudiced by a thirty day extension.

Wherefore, Defendant Meissner requests this Court to grant her motion for a thirty day extension of time to file an answer or otherwise respond.

Respectfully submitted,

DAVID M. BARASCH
United States Attorney

JOSEPH J. TERZ
Assistant U.S. Attorney
217 Federal Building
228 Walnut Street
Post Office Box 11754
Harrisburg, PA 17108

Dated: August 14, 2000

DMB:JJT:mep

### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF PENNSYLVANIA

YUDAYA NANYONGA, :
     Plaintiff :
      :
     v. : Civil No. 1:00:CV-0034
      : (Judge Rambo)
DORIS MEISSNER et al., :
     Defendants :

### CERTIFICATE OF CONCURRENCE

On August 14, 2000, undersigned counsel requested concurrence from Susan M. Weber, counsel for the plaintiff, in a motion for enlargement of time. Counsel concurs in the motion. This certification is being provided in accordance with M.D. Pa. Local Rule 7.1.

                        Respectfully submitted,

                        DAVID M. BARASCH
                        United States Attorney

                        JOSEPH J. TERZ
                        Assistant U.S. Attorney
                        217 Federal Building
                        228 Walnut Street
                        Post Office Box 11754
                        Harrisburg, PA 17108

Dated: August 14, 2000

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

YUDAYA NANYONGA,         :
        Plaintiff        :
                         :
    v.                   :     Civil No. 1:00:CV-0034
                         :     (Judge Rambo)
DORIS MEISSNER et al.,   :
        Defendants       :

CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers.

That on August 14, 2000, she served a copy of the attached

DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Harrisburg, Pennsylvania.

Addressee:

Yudaya Nanyonga
c/o Susan M. Weber
Weber & Weber
875 Clare Lane
York, PA 17402

_____
MARY E. PADGETT
Paralegal Specialist