UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA

AUG 22 2000

MARY E. D'ANDREA, CLERK
Per _____
     Deputy Clerk

YUDAYA NANYONGA, :
:
    Plaintiff :
:
v. : CIVIL NO. 1:CV-00-1034
:
DORIS MEISSNER, ET AL., : (Judge Caldwell)
:
    Defendants :

### ORDER

AND NOW, this 22nd day of August, 2000, upon consideration of Defendant Doris Meissner's motion for an enlargement of time in which to submit her response, the motion (doc. No. 3) is granted. Defendant may file her response on or before September 14, 2000.

                                      _____
                                      WILLIAM W. CALDWELL
                                      United States District Judge