JUDGE'S COPY

Copy
(5)

FILED
SEP 1 4 2000
PER _____
HARRISBURG, PA.   DEPUTY CLERK

DMB:JJT:nz

UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YUDAYA NANYONGA, | : |
|       Plaintiff, | : |
|     v. | : |
| | :   CIVIL NO. 1:00-CV-1034 |
| IMMIGRATION & NATURALIZATION | : |
| SERVICE, DONNA MEISSNER, et al. | :   (CALDWELL, J.) |
|       Defendants. | : |

### DEFENDANTS' MOTION TO DISMISS

Pursuant to Rule 12 of the Federal Rules of Civil Procedure, Federal Defendants, through counsel, respectfully move the Court to dismiss Plaintiff's action. The grounds for this Motion will be fully set forth in a supporting brief filed in accordance with Local Rule 7.5.

Respectfully submitted,

DAVID M. BARASCH
United States Attorney

Joseph J. Terz
Assistant U.S. Attorney
228 Walnut Street, Suite 220
P.O. Box 11754
Harrisburg, Pennsylvania  17108
(717) 221-4482

Dated:   September 14, 2000

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

The undersigned certifies that on September 14, 2000, he contacted Susan M. Weber, counsel for plaintiff, to seek her concurrence in the filing of the attached Government's Motion to Dismiss. Plaintiff's counsel was unavailable.

Joseph J. Terz
Assistant U.S. Attorney

DMB:JJT:nz

UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YUDAYA NANYONGA, | : |
| Plaintiff, | : |
| v. | : |
| | : CIVIL NO. 1:00-CV-1034 |
| IMMIGRATION & NATURALIZATION | : |
| SERVICE, DONNA MEISSNER, et al. | : (CALDWELL, J.) |
| Defendants. | : |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.

That on September 14, 2000, she served a copy of the foregoing

**DEFENDANTS' MOTION TO DISMISS**

by placing a copy in a postpaid envelope addressed to the persons hereinafter named, at the places and addresses stated below, which is the last known addresses, and by depositing said envelopes and contents in the United States Mail at Harrisburg, Pennsylvania to:

Susan M. Weber, Esquire
WEBER & WEBER
875 Clare Lane
York, Pennsylvania 17402

Naomi Zimmerman
Legal Secretary