JUDGE'S COPY

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

YUDAYA NANYONGA,           :
                           :
    Plaintiff,             :
                           :  CIVIL NO: 1:00CV-1034
vs.                        :  (JUDGE CALDWELL)
                           :
IMMIGRATION NATAURALIZATION :
SERVICES, et als.,         :
                           :
    Defendants             :

FILED
HARRISBURG
OCT 1 8 2000
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

### PLAINTIFF, YUDAYA NANYONGA'S MOTION FOR ENLARGEMENT OF TIME

Plaintiff, Yudaya Nanyonga, by and through counsel, hereby requests a brief extension of time to November 2, 2000 to respond to Defendant, INS Federal Rule Civil Procedure 12 b (6) motion and states the following support thereof:

1) Plaintiff, Yudaya Nanyonga, was an alien detainee being held at the York County Prison, York, Pennsylvania. Presently, Nanyonga resides at 586 Purce Street, Hillside Township, New Jersey.

2) Nanyonga has sued various INS and York County Prison officials.

3) Plaintiff's response to Defendant's motion would be due on or about October 18, 2000.

4) Plaintiff, Yudaya Nanyonga is in the process of reviewing its file to respond to the motion of counsel unfortunately, due to trial scheduling conflicts we cannot respond within the original 20 day time requirement.

5) Accordingly, in order to file an appropriate response, Plaintiff requests that this Court to grant a twenty day extension of time.

6) Counsel has conferred with Mr. Terez, attorney for Defendant, INS who has consented to a 20 day.

Wherefore, Plaintiff, Nanyonga requests this Court to grant her motion for a twenty day extension of time to respond.

Respectfully submitted,

POPE, BERGRIN & VERDESCO, P.A.
Attorneys for Plaintiff

GARY A. CAVALLI

Dated: October 16, 2000

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

YUDAYA NANYONGA, :
:
    Plaintiff, :
: CIVIL NO: 1:00CV-1034
vs. : (JUDGE CALDWELL)
:
IMMIGRATION NATAURALIZATION :
SERVICES, et als., :
:
    Defendants :

### CERTIFICATE OF CONCURRENCE

On October 14, 2000, undersigned counsel requested concurrence from Joseph Terez, counsel for the Defendant, INS, in a motion for enlargement of time. Counsel concurs in the motion. This certification is being provided in accordance with M.D. Pa. Local Rule 7.1.

                              Respectfully submitted

                              POPE, BERGRIN & VERDESCO, P.A.
                              Attorney for Plaintiff

                              GARY A. CAVALLI

Dated: October 16, 2000

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

YUDAYA NANYONGA,

    Plaintiff,

vs.

IMMIGRATION NATAURALIZATION
SERVICES, et als.,

    Defendants

CIVIL NO: 1:00CV-1034
(JUDGE CALDWELL)

## CERTIFICATE OF SERVICE BY MAIL

    The undersigned hereby certifies that she is an employee in the Law Firm of Pope, Bergrin & Verdesco, P.A. and is the person of such age and discretion as to be competent to serve papers.
    That on October 16, 2000, she served a copy of the attached

## PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME

by placing said copy in postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Newark, New Jersey.
Addressee:

Joseph J. Terz
Assistant U.S. Attorney
217 Federal Building
228 Walnut Street
P.O. Box 11754
Harrisburg, Pa. 17108

Dated: October 16, 2000

                                              _____
                                              CAROL SEEGER
                                              Legal Assistant