*Judge's Copy*

**FILED HARRISBURG**
OCT 1 8 2000
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLES DISTRICT OF PENNSYLVANIA

YUDAYA NANYONGA,

    Plaintiff,

vs.

IMMIGRATION & NATURALIZATION
SERVICE; DORIS MEISSNER, et als.

    Defendants.

CIVIL ACTION NO.: 1:CV 00-1034
(Judge Caldwell)

## PLAINTIFF'S YUDAYA NANYONGA'S MOTION TO ENTER DEFAULT

PLEASE TAKE NOTICE that the undersigned attorneys for the above-captioned matter will apply to the above named soon thereafter as counsel may be heard for an Order entering default against the Defendants, County of York, York County Prison, Thomas Hogan, individually, and in his official capacity as York County Prison Warden, Christopher Reilly, individually, and in his official capacity as York County Board of Commissioners, for failure to answer or otherwise plead.

TAKE FURTHER NOTICE that in support of the within application, we shall rely upon the annexed Certification.

This motion is submitted for ruling on the papers without oral argument.

                POPE, BERGRIN & VERDESCO, P.A.
                Attorneys for Plaintiff

                GARY A. CAVALLI
                572 Market Street
                Newark, New Jersey 07105

DATED:

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

YUDAYA NANYONGA,

    Plaintiff,

vs.

IMMIGRATION & NATURALIZATION
SERVICE; DORIS MEISSNER, et als.

    Defendants.

CIVIL ACTION NO.: 1:CV 00-1034
(Judge Caldwell)

## CERTIFICATION OF COUNSEL

I, Gary A. Cavalli, Esq., of full age, hereby certifies as follows:

1. I am an attorney at law in the State of New Jersey with the Law Firm of Pope, Bergrin & Verdesco, P.A., attorneys for the plaintiff in the above-captioned matter, and as such, am familiar with the facts and circumstances surrounding the present application.

2. This action arises from an incident that occurred on or about June 9, 1998.

3. The defendant's were served the summons and complaint via certified mail. See attached return of process forms with the Summons and Complaint.

4. The time to file an Answer or otherwise plead has expired and any extension provided has also expired.

5. As of this date, the Defendants, County of York, York County Prison, Thomas Hogan, individually, and in his official capacity as York County Prison Warden, Christopher Reilly, individually, and in his official capacity as member of the York County Board of Commissioners, have not Answered or otherwise responded to the Plaintiff's Complaint.

WHEREFORE, it is respectfully requested that Default be entered against the Defendants.

I hereby certify that the foregoing statements made by me are true. I am aware that if the foregoing statements made by me are willfully false, I am subject to punishment.

POPE, BERGRIN & VERDESCO, P.A.
Attorneys for Plaintiff

GARY A. CAVALLI
572 Market Street
Newark, New Jersey 07105

DATED:

**UNITED STATES DISTRICT COURT**
**MIDDLES DISTRICT OF PENNSYLVANIA**

YUDAYA NANYONGA,

    Plaintiff,

vs.

IMMIGRATION & NATURALIZATION SERVICE; DORIS MEISSNER, et als.

    Defendants.

CIVIL ACTION NO.: 1:CV 00-1034
(Judge Caldwell)

## CERTIFICATION OF SERVICE

The undersigned hereby certifies that she is an employee in the Law Firm of Pope, Bergrin & Verdesco, P.A. and is the person of such age and discretion as to be competent to serve papers.

That on October 16, 2000, she served a copy of the attached

**PLAINTIFF'S MOTION TO ENTER DEFAULT**

by placing said copy in postpaid envelope addressed to the persons hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Newark, New Jersey.

Addressee:

York County Prison
Thomas Hogan, Warden
3400 Concord Road
York, Pennsylvania 17402

Christopher Reilly
York County Commissioner
1 West Marketway, 4th Floor
York, Pennsylvania 17401

Thomas Hogan, Warden
York County Prison
3400 Concord Road
York, Pennsylvania

York County
Commissioners Office
1 West Marketway, 4th Floor
York, Pennsylvania

_____
CAROL SEEGER
Legal Assistant