cc. Cavalli, Scr R~
+ Danei                    (9)

RECEIVED   10/20/00
HARRISBURG, PA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

OCT 18 2000

IN THE MATTER OF APPLICATION FOR      :
ADMISSION TO PRACTICE IN THIS COURT   :

MARY E. D'ANDREA, C...
Per

00-1034

## PETITION

I **GARY A. CAVALLI**, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My home address is: 16 A Prospect St., Mendham NJ 07945

Residence Telephone: (973) 543-5926

My office address is: 572 Market St., NWK, NJ 07105

Office Telephone: (973) 589-7744

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

State Courts of New Jersey 1986
U.S. Federal Dist Court of N.J. 1986

My attorney Identification number is: 136-S0-2609

FILED
HARRISBURG, PA

OCT 19 2000

MARY E. D'ANDREA, CLERK
Per _____
       Deputy Clerk

FOR COURT USE ONLY

___ GENERAL ADMISSION:

BEFORE JUDGE _____   Date: _____
            U.S. DISTRICT JUDGE

✓ SPECIAL ADMISSION:

GRANTED: William W. Caldwell   Date: 10/19/00
         U.S. DISTRICT JUDGE

Please Answer the Following Questions:

All occasions, if any, on which I have been convicted of a crime (subsequent to my becoming an attorney), censured, suspended, disciplined or disbarred by any court are set forth as follows: (State the facts and circumstances connected with each if none, state "none".)

NOT Applicable

All occasions, if any, on which I have been held in contempt of court are set forth as follows: (State the nature and final disposition of the contempt: if none, state "none".)
NOT Applicable

I do ____, do not _X_, have any disciplinary action, contempt or other proceedings involving me pending before any court. (check the appropriate space.) If there are pending proceedings, please explain: ____

I am seeking:

____ General Admission under Local Rule LR 83.8

_X_ Special Admission (specify by a check which rule) under

Local Rules LR 83.9.1 ____, LR 83.9.2 ____, or LR 83.9.3 _X_

If seeking special admission under Local Rules LR 83.9.1, LR 83.9.2, or LR 83.9.3, the basis for my admission under the designated rule is as follows: ____

See attached certification

ALSO NAME THE PARTY YOU REPRESENT:

If special admission is requested for a particular case, please list case number and caption:

Case # 1:CV 00-1034

Caption # NANYONGA v. INS, Doris Meissner, et al.

I understand that:

        1)     If seeking admission under Section LR 83.9.1 or LR 83.9.2, I must submit a letter from a superior stating the agency with which I am employed and the duties performed which qualify me for admission under those sections.

        2)     If petitioning for admission, only in a particular case, under Rule LR 83.9.3, I need no sponsor's certificate.

        3)     If seeking regular admission under Rule LR 83.8, I must have a sponsor who is a member in good standing of the Bar of this Court present to move for my admission and I must submit the sponsor's certificate with my petition.

_[signature]_
PETITIONER

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
(Social Security Number)

10/16/00
(Date)