*PPSLC Bolisario*

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YUDAYA NANYONGA, | : |
| Plaintiff | : |
| v. | : CIVIL NO. 1:CV-00-1034 |
| IMMIGRATION AND NATURALIZATION SERVICE, ET AL., | : (Judge Caldwell) |
| Defendants | : |

FILED
HARRISBURG, PA
NOV 03 2000
MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

ORDER

AND NOW, this 3rd day of November, 2000, upon consideration of Plaintiff's motion for an enlargement of time in which to respond to Defendants' Federal Rule of Civil Procedure 12(b)(6) motion, said motion (Doc. No. 7) is granted. Plaintiff may respond to Defendants' motion on or before November 24, 2000.

William W. Caldwell
United States District Judge