DMB:JJT:kde

**JUDGE'S COPY**

UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG

DEC 0 6 2000

MARY E. D'ANDREA, CLE
Per _____
DEPUTY CLERK

YUDAYA NANYONGA, :
:
        Plaintiff :
:
v. :
: CIVIL NO. 1:00-CV-1034
IMMIGRATION & NATURALIZATION :
SERVICE, DONNA MEISSNER, :
et al. : (CALDWELL, J.)
:
        Defendants :

## MOTION OF DEFENDANTS, IMMIGRATION AND NATURALIZATION SERVICE AND DONNA MEISSNER, FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendants respectfully request an enlargement of time to file a reply to Plaintiff's response to Defendants' Motion to Dismiss. As grounds for this Motion, Defendants state as follows:

1. On September 14, 2000, the United States filed a Motion to Dismiss Plaintiff's claims against the Immigration And Naturalization Services ("INS") and Doris Meissner, Commissioner of Immigration And Naturalization Services.

2. On October 3, 2000, the United States filed its Brief in support of said Motion.

3. On or about October 19, 2000, Plaintiff filed a Motion for Enlargement of Time in which to respond to Defendants' Motion to Dismiss.

4. On November 6, 2000 Plaintiff filed her second Motion for Enlargement of Time in which to file a response to Defendants' Motion to Dismiss.

5. On or about November 22, 2000, Plaintiff filed a response to Defendants' Motion to Dismiss.

6. Counsel for Defendant was on vacation from November 22, through December 4, 2000.

7. As it currently stands, Federal Defendants' reply is due on or before December 11, 2000. Inasmuch as the undersigned was out of the office for the ten days immediately following the service of Plaintiff's Response, counsel for the United States respectfully requests an enlargement of time of one week, until December 18, 2000, to file a reply brief.

          Respectfully submitted,

          DAVID M. BARASCH
          United States Attorney

By: _____
    Joseph J. Terz
    Assistant U.S. Attorney
    Suite 220
    228 Walnut Street
    P.O. Box 11754
    Harrisburg, PA  17108-1754
    (717) 221-4482
    Fax:  (717) 221-4582

Dated:  December 6, 2000

**CERTIFICATE OF CONCURRENCE**

The undersigned counsel for the government hereby certifies that on December 6, 2000, he sought and received the concurrence of counsel of record, Gary A. Cavalli and C. Kent Price, regarding the foregoing motion.

_____
Joseph J. Terz
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.

    On this 6th day of December, 2000, she served copies of the foregoing document by placing said copies in postpaid envelopes addressed to the persons hereinafter named, at the places and addresses stated below, which are the last known addresses, and by depositing said envelopes and contents in the United States Mail at Harrisburg, Pennsylvania to:

        Gary A. Cavalli, Esquire
        Pope, Bergrin And Verdesco, P.A.
        572 Market Street
        Newark, NJ   07105

        C. Kent Price, Esquire
        Thomas, Thomas & Hafer, LLP
        305 North Front Street
        6th Floor
        P.O. Box 999
        Harrisburg, Pennsylvania 17108

*Kathy Enders*
KATHY ENDERS
Legal Secretary