See Attachment

⑲
12-13-00
sc

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

YUDAYA NANYONGA, :
:
    Plaintiff :
:
v. : CIVIL NO. 1:CV-00-1034
:
IMMIGRATION AND NATURALIZATION : (Judge Caldwell)
SERVICE, ET AL., :
:
    Defendants :

**FILED**
HARRISBURG, PA

DEC 1 2 2000

MARY E. D'ANDREA, CLERK
Per _____
    Deputy Clerk

<u>ORDER</u>

AND NOW, this 12th day of December, 2000, upon consideration of the federal Defendants' motion for an enlargement of time in which to submit a reply brief in support of their motion to dismiss, the motion (Doc. 18) is granted. The federal Defendants may file a reply brief on or before December 18, 2000.

WILLIAM W. CALDWELL
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

December 12, 2000

Re:  1:00-cv-01034    Nanyonga v. Immigration & Natura

True and correct copies of the attached were mailed by the clerk
to the following:

```
Susan M. Weber, Esq.
Weber & Weber
875 Clare Lane
York, PA   17402

Gary A. Cavalli, Esq.
Pope, Bergrin and Verdesco
572 Market Street
Newark, NJ   07105

Joseph J. Terz, Esq.
U.S. Attorney's Office
Room 217, Federal Building
228 Walnut St.
Harrisburg, PA   17108

C. Kent Price, Esq.
Thomas, Thomas & Hafer
P.O. Box 999
305 North Front St.
Harrisburg, PA   17108
```

```
cc:
Judge                            ( )
Magistrate Judge                 ( )
U.S. Marshal                     ( )
Probation                        ( )
U.S. Attorney                    ( )
Atty. for Deft.                  ( )
Defendant                        ( )
Warden                           ( )
Bureau of Prisons                ( )
Ct Reporter                      ( )
Ctroom Deputy                    ( )
Orig-Security                    ( )
Federal Public Defender          ( )
Summons Issued                   ( ) with N/C attached to complt. and served by:
```

```
                                  U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5     ( )
Order to Show Cause     ( ) with Petition attached & mailed certified mail
                             to:  US Atty Gen   ( )   PA Atty Gen ( )
                                  DA of County  ( )   Respondents ( )
Bankruptcy Court        ( )
Other    PISLC          (  )
         Belisario                            MARY E. D'ANDREA, Clerk


DATE:    12/12/00                       BY: _____
                                             Deputy Clerk
```