


# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
### MINUTES OF CONFERENCE

Yudaya Nanyonga v. . INS, et al.

CASE NO: 1:CV-00-1034

DATE: September 17, 2001

Hon. __William W. Caldwell__ presiding __in chambers__ in __Harrisburg, PA__
Nature of Hearing __Case Management Conference__
Time Commenced __9:15 a.m.__ Time Terminated __9:30 A.M.__

| PLAINTIFF: | APPEARANCES | DEFENDANT: |
|---|---|---|
| Gary A. Cavalli, Esquire | | Joseph J. Terz, AUSA - Federal Defendants |
| Susan M. Weber, Esquire | | C. Kent Price, Esquire - York Co. Defendants |

☑ See Order

FILED SEP 17 2001 PER HARRISBURG, PA DEPUTY CLERK

REMARKS:

Continue remarks and notes on back.