*See Attachment*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

YUDAYA NANYONGA,
    Plaintiff           :

                               :

vs.                      :    CIVIL ACTION NO. 1:CV-00-1034

                               :

COUNTY OF YORK, et al.,
    Defendants         :



FILED SEP 17 2001
PER _____
HARRISBURG, PA.    DEPUTY CLERK

O R D E R

AND NOW, this 17th day of September, 2001, in connection with the case management conference in this matter IT IS ORDERED THAT:

    a)  Discovery shall be completed by April 2, 2002.  The parties shall identify any expert witnesses and shall provide reports promptly.  Plaintiff's report is due by April 29, 2002, and defendant's report is due by May 27, 2002.  Supplementations, if any, are due by June 28, 2002.  (This case is on the complex track).

    b)  Motions for joinder of parties shall be filed by November 30, 2001.  Motions to amend pleadings shall be filed by October 31, 2001.

    c)  All pre-trial motions shall be filed by April 15, 2002, accompanied by a supporting brief.  All briefs filed in this case shall comply with Local Rule 7.8 and paragraph IV of the scheduling order previously entered in this case.

    d)  This case shall be placed on the June, 2002 trial list of this court, scheduling order to follow.  Parties and known witnesses shall be notified of this schedule immediately, or as soon as identified as such.

AO 72A
(Rev.8/82)

Litigants should be aware that it is my policy to adhere to the schedule hereby established. Continuances of trial and extensions of the discovery period will be granted only when extraordinary circumstances arise and application is timely made.

*William W. Caldwell*
William W. Caldwell
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

September 17, 2001

Re: 1:00-cv-01034    Nanyonga v. Immigration & Natura

True and correct copies of the attached were mailed by the clerk to the following:

Susan M. Weber, Esq.
Weber & Weber
875 Clare Lane
York, PA  17402

Gary A. Cavalli, Esq.
Pope, Bergrin and Verdesco
572 Market Street
Newark, NJ  07105

C. Kent Price, Esq.
Thomas, Thomas & Hafer
P.O. Box 999
305 North Front St.
Harrisburg, PA  17108

```
cc:
Judge                          (✓)           ( ) Pro Se Law Clerk
Magistrate Judge               ( )           ( ) INS
U.S. Marshal                   ( )           ( ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( ) with N/C attached to complt. and served by:
                                   U.S. Marshal ( )    Pltf's Attorney ( )

Standard Order 93-5            ( )
Order to Show Cause            ( ) with Petition attached & mailed certified mail
                                   to: US Atty Gen  ( )    PA Atty Gen  ( )
                                       DA of County ( )    Respondents  ( )

Bankruptcy Court               ( )
```

Other_____( )

DATE: __9/17/01__

MARY E. D'ANDREA, Clerk

BY: __ASM__
Deputy Clerk