● ORIGINAL ●

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YUDAYA NANYONGA | ) | CASE NO. 1:CV-00-1034. |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| COUNTY OF YORK, et al., | ) | JUDGE WILLIAM W. CALDWELL |
| Defendants | ) | |
| | ) | |

## DEFENDANTS' MOTION TO AMEND AFFIRMATIVE DEFENSES

1. The Defendants filed their Answer and Affirmative Defenses on July 12, 2001.

2. On September 17, 2001 the Court issued a Case Management Conference Order which directed, inter alia, that Motions to Amend Pleadings shall be filed by October 31, 2001.

3. Defendants request leave to amend their Affirmative Defenses by adding the following:

> 17. The Plaintiff has failed to exhaust the administrative remedies available to her at the York County Prison to redress the various claims asserted in the subject action.

4. Plaintiff will not be prejudiced by permitting the requested amendment.

WHEREFORE, Defendants York County, York County Prison, Thomas Hogan and Christopher Reilly request leave to amend their Affirmative Defenses as aforesaid.

THOMAS, THOMAS & HAFER, LLP

C. Kent Price, Esquire
305 North Front Street
P.O. Box 999
Harrisburg, PA  17108
(717) 255-7632
I.D. No. 06776

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YUDAYA NANYONGA | ) | CASE NO. 1:CV-00-1034. |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| COUNTY OF YORK, et al., | ) | JUDGE WILLIAM W. CALDWELL |
| Defendants | ) | |
| | ) | |

## CERTIFICATE OF CONCURRENCE

The undersigned has contacted counsel of record for the Plaintiff in this case, Gary A. Cavalli, Esquire, regarding the within Motion and Plaintiff's counsel has given his concurrence in the relief requested.

Thomas, Thomas & Hafer, LLP

*C. Kent Price*

C. Kent Price, Esquire
Thomas, Thomas & Hafer, LLP
305 North Front Street
Harrisburg, PA 17101
(717) 255-7632

Dated: 10/31/01