*see att*

29
11/5/01
*nby*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

YUDAYA NANYONGA,                    :
      Plaintiff
                      :

vs.                                 :    CIVIL ACTION NO. 1:CV-00-1034

                      :
COUNTY OF YORK, et al.,
      Defendants              :

FILED
HARRISBURG, PA

NOV 0 2 2001

MARY E. D'ANDREA, CLERK
PER _____
           DEPUTY CLERK

O R D E R

      AND NOW, this 2nd day of November, 2001, upon

consideration of the defendants' motion to amend affirmative

defenses (doc. 28), it is Ordered that the motion is granted.

Defendants may file an amended pleading containing the additional

affirmative defense by November 19, 2001.

William W. Caldwell
William W. Caldwell
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

November 2, 2001

Re:  1:00-cv-01034    Nanyonga v. Immigration & Natura

True and correct copies of the attached were mailed by the clerk
to the following:

    Susan M. Weber, Esq.
    Weber & Weber
    875 Clare Lane
    York, PA  17402

    Gary A. Cavalli, Esq.
    Pope, Bergrin and Verdesco
    572 Market Street
    Newark, NJ  07105

    C. Kent Price, Esq.
    Thomas, Thomas & Hafer
    P.O. Box 999
    305 North Front St.
    Harrisburg, PA  17108

cc:
Judge                     ( )          ( ) Pro Se Law Clerk
Magistrate Judge          ( )          ( ) INS
U.S. Marshal              ( )          ( ) Jury Clerk
Probation                 ( )
U.S. Attorney             ( )
Atty. for Deft.           ( )
Defendant                 ( )
Warden                    ( )
Bureau of Prisons         ( )
Ct Reporter               ( )
Ctroom Deputy             ( )
Orig-Security             ( )
Federal Public Defender   ( )
Summons Issued            ( )  with N/C attached to complt. and served by:
                               U.S. Marshal ( )    Pltf's Attorney ( )

Standard Order 93-5       ( )
Order to Show Cause       ( )  with Petition attached & mailed certified mail
                               to:  US Atty Gen   ( )  PA Atty Gen ( )
                                    DA of County  ( )  Respondents ( )

Bankruptcy Court          ( )

Other_____( )

MARY E. D'ANDREA, Clerk

DATE: _____11-2-01_____

BY: _____
Deputy Clerk