

See Attachment

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

YUDAYA NANYONGA,                    :
          Plaintiff

                                    :

          vs.                       :   CIVIL ACTION NO. 1:CV-00-1034

                                    :

COUNTY OF YORK, et al.,
          Defendants                :

O R D E R

AND NOW, this 12th day of February, 2002, it is ordered that within ten days of the date of this order, Plaintiff's counsel shall send a copy of his notice of motion to be relieved as counsel and accompanying documents to Plaintiff.

William W. Caldwell
United States District Judge



FILED
FEB 1 2 2002
HARRISBURG, PA        DEPUTY CLERK

AO 72A
(Rev.8/82)