

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

YUDAYA NANYONGA, :
    Plaintiff
:

vs. : CIVIL ACTION NO. 1:CV-00-1034

:

COUNTY OF YORK, et al., 
    Defendants :



O R D E R

AND NOW, this 13th day of March, 2002, upon consideration of the request of Gary A. Cavalli to be relieved as counsel for plaintiff, and defendants' response thereto, IT IS ORDERED AS FOLLOWS:

    1) Within fourteen (14) days hereof plaintiff shall provide complete copies of all documents plaintiff agreed to disclose in the case management plan.

    2) Plaintiff shall appear for her scheduled deposition on March 15, 2002, or within another agreed upon date which shall be no later than March 22, 2002.

    3) Plaintiff shall file an indication as to whether she wishes to proceed pro se. If not, new counsel shall enter an appearance by March 29, 2002.

AO 72A

4) Failure to comply with this Order will involve sanctions, which may include dismissal of this action.

5) Further consideration of counsel's request to be relieved as counsel will be stayed pending compliance with this Order.

William W. Caldwell
United States District Judge