IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

YUDAYA NANYONGA,  :
    Plaintiff

    vs.  : CIVIL ACTION NO. 1:CV-00-1034

COUNTY OF YORK, et al.,  :
    Defendants  :

FILED
HARRISBURG, PA
APR 17 2002
MARY E. D'ANDREA, CLERK
Per _____
    Deputy Clerk

O R D E R

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

On February 11, 2002, Plaintiff's attorney, Gary A. Cavalli, Esquire, filed a motion to be relieved as Plaintiff's counsel. On March 13, 2002, an order was entered which required Plaintiff to provide certain documents to Defendants, <u>and</u> required her to appear for a deposition on March 15, 2002, as previously scheduled, or within a week thereafter.

On April 4, 2002, Defendants filed a motion for sanctions, requesting dismissal of this case with prejudice, based upon Plaintiff's failure to appear for her scheduled deposition on March 15, 2002, and her failure to cooperate with discovery efforts.

It is clear that Plaintiff is not cooperating in a vital aspect of the prosecution of her claim. She has failed to communicate with either counsel concerning the arranging of her deposition, and discovery has lagged generally. This failure is

AO 72A
(Rev 8/82)

highly prejudicial to Defendants as Plaintiff's deposition is essential to preparing a defense and preparing for trial.

Plaintiff is hereby notified that if she fails to comply with this order her case will be dismissed with prejudice.

It is ORDERED as follows:

1. The motion of Gary A. Cavalli, Esquire, to be relieved as counsel in this matter (doc. 32) is granted. Mr. Cavalli shall forthwith provide a copy of this order to Plaintiff by certified mail.

2. Within fifteen days Plaintiff, or her new counsel, if any, shall communicate with Defendants' counsel, C. Kent Price, Esquire, and arrange to appear for a deposition within ten days thereafter. (Mr. Price can be reached by telephone at (717)255-7632, and by mail at P. O. Box 999, Harrisburg, PA 17108.)

3. The Clerk of Court shall mail a copy of this order to Plaintiff, c/o Joy Mayanja, 586 Punce Street, Hillside, N.J 07205.

**4. Plaintiff is notified that if she fails to comply with paragraph 2 above, this case will be dismissed with prejudice upon application of Defendants.**

                                    _____
                                    William W. Caldwell
                                    United States District Judge

Date: April 17, 2002

AO 72A
(Rev 8/82)