

District Court
the
of Pennsylvania

1:00-cv-1034

Office in which the assigned Judge is located.
Chambers.

CLERK'S OFFICE ADDRESS

U.S. District Court
235 North Washington Ave.
P.O. Box 1148
Scranton, PA 18501

U.S. District Court
228 Walnut St.
P.O. Box 983
Harrisburg, PA 17108

U.S. District Court
240 West Third St.
Suite 218
Williamsport, PA 17701