**ORIGINAL**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA

MAY 14 2002

MARY E. D'ANDREA, CLERK
Per _____

| | |
|---|---|
| YUDAYA NANYONGA,<br>  Plaintiff | : CIVIL ACTION<br>: NO. 1: CV-00-1034 |
| v. | : |
| COUNTY OF YORK, et al.,<br>  Defendants | : (JUDGE WILLIAM W. CALDWELL)<br>: |

## DEFENDANTS' MOTION TO DISMISS

1.   On **April 17, 2002** this Honorable Court issued an Order granting the motion of Gary A. Cavalli, Esquire to be relieved as counsel for Plaintiff in this matter.

2.   The aforesaid Order also directed Plaintiff, or her new counsel, to communicate with the undersigned counsel for the Defendants within 15 days to make arrangements for Plaintiff to appear for a deposition within 10 days thereafter.

3.   Despite the passage of more than 15 days since the issuance of the aforesaid Order, neither Plaintiff or new counsel for Plaintiff has communicated or attempted to communicate with the undersigned to make arrangements for the Plaintiff's deposition or for any other reason.

4.   The aforesaid Order specifically provided that if the Plaintiff failed to comply with the directions as set forth above in Paragraph 2, the case would be dismissed with prejudice upon application of the Defendants.

5.  In accordance with the aforesaid Order, Plaintiff's former counsel, Gary A. Cavalli, Esquire, mailed a copy thereof to the Plaintiff by certified and regular mail on or about **April 22, 2002**. Copies of the letter of transmittal and the U.S. Postal Service Certified Mail Receipt card are attached hereto as Exhibit "A".

6.  In accordance with the aforesaid Order, the Clerk of Court mailed a copy thereof to the Plaintiff, c/o Joy Mayanja, 586 Punce Street, Hillside, New Jersey, by certified and regular mail on **April 17, 2002**.

7.  This is the second occasion that the Plaintiff has failed to comply with an Order of this Court regarding her deposition.

WHEREFORE, the Defendants respectfully request that this Honorable Court dismiss Plaintiff's action with prejudice for failing to comply with the Order of April 17, 2002.

THOMAS, THOMAS & HAFER, LLP

_____
C. Kent Price, Esquire
305 North Front Street
P.O. Box 999
Harrisburg, PA. 17108
(717) 255-7632

ATTORNEYS FOR DEFENDANTS

167745.1

A

# Pope, Bergrin & Verdesco, P.A.

| | | |
|---|---|---|
| **GARY A. CAVALLI, ESQ.** | A PROFESSIONAL CORPORATION<br>ATTORNEYS AT LAW<br>572 MARKET STREET<br>NEWARK, NEW JERSEY 07105<br>——————<br>(973) 589-7744<br>Fax (973) 589-8012<br><br>Web Site: www.pope-firm.com<br>E-mail: popefirm@aol.com | NEW YORK OFFICE<br>316 UNIVERSITY PLACE<br>SUITE 6<br>NEW YORK, NEW YORK<br>10003<br>(212) 980-7852<br><br>OF COUNSEL:<br>Sheldon Bross<br>Maurice R. Strickland<br>1931 - 1998 |

April 22, 2002

**<u>VIA CERTIFIED MAIL RRR</u>**
**<u>AND REGULAR MAIL</u>**
Yudaya Nanyonga
c/o Joy Mayanja
586 Purce Street
Hillside, NJ 07205

    Re:    Nanyonga v. York
            Civil Action No. 1:CV-00-1034

Dear Yudaya:

    Enclosed herewith please find a copy of an Order with regard to the above matter. Please be advised that this firm has been relieved as your counsel regarding your case. Upon receipt of same please contact the Mr. Kent Price, Esq. of the law office of Thomas, Thomas & Hafer, located in Harrisburg, PA he can be reached at (727) 255-7632, within ten days of receipt of this letter to arrange for your deposition. If you fail to do so within the ten (10) days of receipt of same, your case will be dismissed with prejudice.

    Thank you for your immediate attention to this matter.

                                   Very truly yours,
                                   POPE, BERGRIN & VERDESCO, P.A.

                                   By:   GARY CAVALLI, ESQ.

GAC:wf
Encls.



## CERTIFICATE OF SERVICE

AND NOW, this 14th day of May, 2002, the undersigned does hereby certify that he has this day served a copy of the within Defendants' Motion to Dismiss upon each of the following persons at the addresses set forth below by depositing same in the United States Mail, regular mail, postage prepaid:

Yudaya Nanyonga
c/o Joy Mayanja
586 Punce Street
Hillside, NJ 07205

Thomas, Thomas & Hafer, LLP

_____
C. Kent Price, Esquire