*See Attachment (42)*
*5/20/02*
*dsm*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

YUDAYA NANYONGA, :
    Plaintiff
:

vs. : CIVIL ACTION NO. 1:CV-00-1034

:

COUNTY OF YORK, et al., :
    Defendants :

O R D E R

AND NOW, this 20th day of May, 2002, in consideration of Plaintiff's failure to comply with provisions of an order of April 17, 2002, it is ORDERED that Plaintiff's complaint is dismissed with prejudice. The Clerk of Court is directed to close this case.

                                 William W. Caldwell
                                 United States District Judge



FILED
MAY 20 2002
PER
HARRISBURG, PA.   DEPUTY CLERK